```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
S.S., individually and on behalf of T.S-W., a              :
child with a disability,                                   :
                                                           :
                              Plaintiffs                   :     23-CV-1134 (VSB)
                                                           :
                   -against-                               :          ORDER
                                                           :
NEW YORK CITY DEPARTMENT OF                                :
EDUCATION,                                                 :
                                                           :
                              Defendant.                   :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

     Defendant's deadline to respond to Plaintiffs' complaint was July 3, 2023. (Doc. 27.) To date, no response to Plaintiffs' complaint has been filed. Defendant shall file an answer or otherwise respond to Plaintiffs' complaint by July 13, 2023.

SO ORDERED.

Dated:   July 7, 2023
           New York, New York

                                                               Vernon S. Broderick
                                                                United States District Judge