UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

S.S., *individually and on behalf of T.S-W., a child with a disability*,

                                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                Defendant.

---------------------------------------------------------X

23-CV-1134 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: February 26, 2024
       New York, New York

*/s/ Vernon Broderick*
Vernon S. Broderick
United States District Judge